UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. REGINALD DWIGHT BACA                    Docket Number: 08-cr-00063-JLK-01

**Petition for Issuance of a Warrant Due to Violations of Supervised Release**

      COMES NOW, Carrie Kent, probation officer of the court, presenting an official report upon the conduct and attitude of Reginald Dwight Baca, who was placed on supervision by the Honorable Martha Vazquez, sitting in the court at Albuquerque, New Mexico, on the 1st day of October, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

1. The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement.

2. The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. He must not frequent places where alcohol is the primary item for sale.

3. The defendant must participate in and successfully complete a mental health treatment program, which may include outpatient counseling, residential placement, or prescribed medication as approved by the probation officer.

      On April 25, 2006, the defendant commenced his term of supervised release in the District of New Mexico. On September 7, 2006, the defendant's term of supervised release was revoked after he absconded from supervision. The defendant was re-sentenced to serve one (1) month imprisonment, to be followed by a thirty-six (36) month term of supervised release. The following special conditions were ordered:

1. The defendant must cooperate in the collection of DNA as directed by statute.

2. The defendant must participate in and successfully complete a substance abuse treatment program which may include drug testing, outpatient counseling, or residential placement. The defendant may be required to pay a portion of the cost of this treatment as determined by the Probation Office.

3. The defendant must submit to a search of his person, property, or automobile under his control to ensure compliance with all conditions of supervision. He must inform any residents that the premises may be subject to a search.

4. The defendant must refrain from the use and possession of alcohol and other forms of intoxicants. He must not frequent places where alcohol is the primary item for sale.

5. The defendant must participate in and successfully complete a mental health treatment program, which may include outpatient counseling, residential placement, or prescribed medication as approved by the probation officer. The defendant may be required to pay a portion of the cost of this treatment as determined by the Probation Office.

The defendant commenced his second term of supervised release on April 25, 2007 in the District of Colorado. On January 29, 2008, jurisdiction was transferred to the District of Colorado.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here: if lengthy write on separate sheet and attach)

See Attachment hereto and herein incorporated by reference.

PRAYING THAT THE COURT WILL ORDER the issuance of a warrant for violations of supervised release.

ORDER OF THE COURT

| | |
|---|---|
| Considered and ordered this 26th day of February, 2008, and made a part of the record in the above case. | I declare under penalty of perjury that the foregoing is true and correct. |
| | s/ Carrie Kent |
| *s/John L. Kane* | Carrie Kent |
| | U.S. Probation Officer |
| John L. Kane | Place: Denver, Colorado |
| Senior U.S. District Judge | |
| | Date: February 22, 2008 |

## ATTACHMENT

On May 10, 2007 the conditions of supervised release were read and explained to the defendant. On that date he acknowledged in writing that the conditions had been read to him, that he fully understood the conditions, and that he was provided a copy of them. The term of supervised release commenced on April 25, 2007.

The defendant has committed the following violation of supervised release:

1.      **VIOLATION OF THE LAW:**

On or about July 6, 2007, the defendant committed Bank Robbery, in violation of 18 U.S.C. § 2113(a). This is a class C felony, which constitutes a Grade A violation of supervised release.

This charge is based on the following facts:

On November 13, 2007, the defendant was charged by complaint with Bank Robbery in U.S. District Court, District of Colorado docket number 07-mj-01229-MJN. He was arrested November 16, 2007 and detained. On December 5, 2007, an Indictment was filed in U.S. District Court, District of Colorado docket number 07-cr-00490-WYD-01 charging the defendant with one count of Bank Robbery. Charges remain pending.