IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cr-00063-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**REGINALD DWIGHT BACA,**

       Defendant.

---

## ORDER TRANSFERRING CASE

Kane, J.

     This case was assigned to me on a Transfer of Jurisdiction from the District of New Mexico, where Reginald Dwight Baca pled guilty to a charge of Bank Robbery. A review of the court's records has shown that Mr. Baca was already a defendant in this court in a case of a similar nature pending before Judge Wiley Y. Daniel, Criminal Action No. 07-cr-490-WYD. In the interest of judicial economy, this case is TRANSFERRED to Judge Daniel.

     Dated this 6th day of March, 2008.

                      BY THE COURT:

                      *S/John L. Kane*
                      John L. Kane, Senior Judge
                      United States District Court